1

2

3

4

5

6

7

```
                                    FILED
                           CLERK, U.S. DISTRICT COURT

                             3/12/2021

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY:        JB        DEPUTY
```

8                     UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                      October 2020 Grand Jury

11   UNITED STATES OF AMERICA,          CR  2:21-cr-00116-ODW-

12            Plaintiff,                I N D I C T M E N T

13            v.                        [18 U.S.C. § 922(g)(1): Felon in
                                        Possession of Ammunition; 18
14   JOSE BYRON CARVAJAL,               U.S.C. § 924(d)(1) and 28 U.S.C.
          aka "Rascal,"                 § 2461(c): Criminal Forfeiture]

15            Defendant.

16

17        The Grand Jury charges:

18                      [18 U.S.C. § 922(g)(1)]

19        On or about June 5, 2019, in Los Angeles County, within the

20   Central District of California, defendant JOSE BYRON CARVAJAL, also

21   known as "Rascal," knowingly possessed ammunition, namely,

22   approximately 29 rounds of Norma .223 caliber ammunition, in and

23   affecting interstate and foreign commerce.

24        Defendant CARVAJAL possessed such ammunition knowing that he had

25   previously been convicted of at least one of the following felony

26   crimes, each punishable by a term of imprisonment exceeding one year:

27        (1)  False Imprisonment with the Use of a Firearm, in violation

28   of California Penal Code Sections 236 and 12022.5(a), in the Superior

Court of the State of California, County of Los Angeles, Case Number NA082517, on or about September 21, 2009;

    (2)  Possession of Ammunition, in violation of California Penal Code Section 30305(a)(1), in the Superior Court of the State of California, County of Los Angeles, Case Number NA097884, on or about March 13, 2014; and

    (3)  Possession of Controlled Substances, in violation of California Health and Safety Code Section 11377(a), in the Superior Court of the State of California, County of Los Angeles, Case Number NA097884, on or about March 13, 2014.

1

FORFEITURE ALLEGATION

2

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

3     1.   Pursuant to Rule 32.2 of the Federal Rules of Criminal

4 Procedure, notice is hereby given that the United States of America

5 will seek forfeiture as part of any sentence, pursuant to Title 18,

6 United States Code, Section 924(d)(1), and Title 28, United States

7 Code, Section 2461(c), in the event of defendant's conviction of the

8 offense set forth in this Indictment.

9     2.   The defendant, if so convicted, shall forfeit to the United

10 States of America the following:

11     (a)   All right, title, and interest in any firearm or

12 ammunition involved in or used in the offense, including but not

13 limited to the following seized on June 5, 2019:

14     1.   Approximately 29 rounds of Norma .223 caliber

15 ammunition.

16     (b)   To the extent such property is not available for

17 forfeiture, a sum of money equal to the total value of the property

18 described in subparagraph (a).

19     3.   Pursuant to Title 21, United States Code, Section 853(p),

20 as incorporated by Title 28, United States Code, Section 2461(c), the

21 defendant, if so convicted, shall forfeit substitute property, up to

22 the value of the property described in the preceding paragraph if, as

23 the result of any act or omission of said defendant, the property

24 described in the preceding paragraph or any portion thereof (a)

25 cannot be located upon the exercise of due diligence; (b) has been

26 transferred, sold to, or deposited with a third party; (c) has been

27 placed beyond the jurisdiction of the court; (d) has been

28

1  substantially diminished in value; or (e) has been commingled with

2  other property that cannot be divided without difficulty.

3                                              A TRUE BILL

4

5                                              /S/

6                                              _____
                                               Foreperson

7

8  TRACY L. WILKISON
   Acting United States Attorney

9
   BRANDON D. FOX
10 Assistant United States Attorney
   Chief, Criminal Division

11

12

13 SCOTT M. GARRINGER
   Assistant United States Attorney
14 Deputy Chief, Criminal Division

15 JOSHUA O. MAUSNER
   Assistant United States Attorney
16 Deputy Chief, General Crimes
   Section

17
   VERONICA DRAGALIN
18 Assistant United States Attorney
   Public Corruption & Civil Rights
19 Section

20

21

22

23

24

25

26

27

28